**Order entered May 3, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00240-CV

**KING AEROSPACE COMMERCIAL CORPORATION, INC., Appellant**

**V.**

**OHIO RESOURCES, LLC, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02740**

## ORDER

Before the Court is appellant's April 30, 2021 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **June 14, 2021**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE